IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01195–EWN–CBS

DANIEL DWYER,
RON SCHMITTOU, and
ALLAN RIETOW,

    Plaintiffs,

v.

BERNIE BICOY,
DAVID PHILLIPS, and
VENTURE RESEARCH INSTITUTE,
a California corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Stipulated Motion to Amend Scheduling Order Regarding Deadline to Add Parties and Amend Pleadings (*doc. # 24)* is GRANTED. The deadline for joinder of parties or to amend the pleadings is extended to **November 3, 2008**.

**DATED:**    October 6, 2008