IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01195-CMA-CBS

DANIEL DWYER,
RON SCHMITTOU, and
ALLAN RIETOW,

    Plaintiffs,

v.

BERNIE BICOY,
DAVID PHILLIPS,
VENTURE RESEARCH INSTITUTE, a California corporation,

    Defendants.

---

## ORDER RE: STIPULATED MOTION FOR CHANGE OF VENUE

---

This matter is before the Court on the parties' Stipulated Motion for Change of Venue (Doc. # 52). The Court, having reviewed the motion and the file, and being fully apprised in this matter, hereby

ORDERS that the parties' Stipulated Motion for Change of Venue is GRANTED. In the interest of justice and for the convenience of witnesses, this action should be transferred from the District of Colorado to the Central District of California, as requested by the parties. It is, therefore,

ORDERED that this action is hereby TRANSFERRED to the Central District of California.

The Court further notes that there are several pending motions in this matter which are more properly addressed by the Central District of California upon transfer.

DATED: January  8 , 2009

BY THE COURT:

*s/ Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge